[Cite as *Grabill v. Ohio Dept. of Transp.*, 2010-Ohio-6632.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ELIZABETH GRABILL

    Plaintiff

    v.

Case No. 2010-07806-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

OHIO DEPARTMENT OF
TRANSPORTATION

    Defendant

{¶ 1} On June 4, 2010 and August 19, 2010, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Elizabeth Grabill
1737 Hightower Drive
Columbus, Ohio 43235

Ohio Department of Transportation
1980 West Broad Street
Columbus, Ohio 43223

DRB/laa
Filed 10/12/10
Sent to S.C. reporter 1/21/11